**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
WALGREEN CO.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISHIA ROUNTREE, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALGREEN CO., doing business As WALGREENS; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00272-JCM-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DENISHIA ROUNTREE, and Defendant, WALGREEN CO. dba WALGREENS, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against Defendant, WALGREEN CO. dba WALGREENS, be dismissed with prejudice, with each of the parties to pay their own attorney fees, costs and interest herein incurred.

1

Further, any other hearings currently on calendar for this matter are hereby VACATED.

Dated: 3/5, 2024.

**HIGH STAKES INJURY LAW**

/s/

_____
**SCOTT POISSON, ESQ.**
Nevada Bar No. 10188
**DANIEL J. TAFOYA, JR., ESQ.**
Nevada Bar No. 15656
320 S. Jones Boulevard
Las Vegas, Nevada 89107
Attorneys for Plaintiff

Dated: March 7th, 2024.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ no. 12763 for

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant

Rountree v. Walgreen Co.
2:23-cv-00272-JCM-VCF

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims in this matter against Defendant, WALGREEN CO. dba WALGREENS, be dismissed with prejudice; each party to bear their own fees, costs and interest.

**FURTHER, IT IS HEREBY ORDERED** that any other hearings currently on calendar for this matter are hereby VACATED.

Dated: March 13, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

No. 12763
for
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant,
WALGREEN CO.